**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine Mickman | 2:21-CV-04221-TJS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Philadelphia Professional Collections, LLC | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Philadelphia Professional Collections, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1650 Market St. One Liberty Place Suite 1800, Philadelphia, PA 19103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Elaine Mickman
1619 Gerson Dr.
Narberth, PA 19072

Number of process to be served with this Form 285:
Number of parties to be served in this case: 
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
(phone 215 864 7000)
Please serve between 9:00 am and 5:00 pm

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Elaine Mickman
TELEPHONE NUMBER: 6102469628
DATE: 11/18/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 66 | 66 | | 11-23-21 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Kenneth Gibb Executive Director

Date: 12/16/21   Time: 1:53 ☒ pm

Address (complete only different than shown above):
White + Williams - LLP

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
2.2 mi R/T × .56 = $1.23
1 HR @ 65.00/hr = $65.00
Total Service Fee $66.23

Form USM-285
Rev. 03/21

U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine Mickman | 2:21-CV-04221-TJS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| White and Williams, LLP | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1650 Market St. One Liberty Place Suite 1800, Philadelphia, PA 19103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Elaine Mickman  
1619 Gerson Dr.  
Narberth, PA 19072

Number of process to be served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):  
Phone (215 864 7000) Please serve between 9:00 am and 5:00 pm

Signature of Attorney other Originator requesting service on behalf of: Elaine Mickman  
☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 6102469628  
DATE: 11/18/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Total Process: 2  
District of Origin No.: 66  
District to Serve No.: 66  
Signature of Authorized USMS Deputy or Clerk  
Date: 11-23-21

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Kenneth Gibb Executive Director  
Date: 12/16/21  Time: 1:53 ☒ pm  
Address (complete only different than shown above): White + Williams - LLP  
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: 1 HR @ 65.00/hr = 65.00  
mileage - 0

Form USM-285  
Rev. 03/21