### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELAINE MICKMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA PROFESSIONAL** | : | |
| **COLLECTIONS, INC.** and | : | |
| **WHITE AND WILLIAMS, LLP** | : | **NO. 21-4221** |

### ORDER

**NOW**, this 22nd day of December, 2022, upon consideration of defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 38) and the plaintiff's response (Doc. No. 40), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**; and

2. Plaintiff's Motion to Certify Notice of Appeal under Fed.R.Civ.P. 54(b) (Doc. No. 39) is **DENIED** as moot.

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.